# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| GREGORY ALLAN HATFIELD,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>DR. NAUGHTON, *et al.*,<br><br>　　　　　　　　　Defendants. | Case No. 3:19-CV-0531-MMD-CLB<br><br>**ORDER TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** |

On November 22, 2021, Defendants filed a motion for summary judgment (ECF No. 26.) Plaintiff was given notice of the motion pursuant to the requirements of *Klingele v. Eikenberry*, 849 F.2d 409 (9th Cir. 1988), and *Rand v. Rowland*, 154 F.3d 952 (9th Cir. 1998) (ECF No. 30.)  Plaintiff's opposition was due on December 13, 2021. To date, Plaintiff has failed to file an opposition.

The court will *sua sponte* grant Plaintiff one extension of time to **January 7, 2022** to file an opposition to the motion for summary judgment.  No further extensions of time shall be granted.  If Plaintiff fails to file an opposition, the motion will be submitted to the court for decision.

**IT IS SO ORDERED.**

DATED: December 14, 2021

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**